Brian R. Morris, Esq.
Nevada Bar No. 5431
4225 S. Eastern Ave., Ste. 6-242
Las Vegas, Nevada 89119
702-577-1377
brmorris@lawforthepeople.com
Attorney for Defendant Mesquite Mini
Storage, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KARZ LAROCHAIX,                          )
                                         )
        Plaintiff,                       )   Case No. 2:25-cv-02417-JAD-MDC
                                         )
        vs.                              )   STIPULATION and ORDER TO EXTEND
                                         )   TIME TO FILE RESPONSE TO COMPLAINT
MESQUITE MINI STORAGE, LLC, a Nevada)                    [ECF No. 1]
limited liability company,               )
                                         )               (First Request)
        Defendant.                       )

The parties agree and stipulate that Defendant may have additional time to respond to Plaintiff's Complaint [ECF No. 1], filed on December 5, 2025, and served on January 10, 2026 – making Defendant's response due by February 2, 2026.  This is Defendant's first request. Defendant recently retained its undersigned counsel who needs additional time to fully understand all potential issues in order to properly respond to Plaintiff's Complaint.  Additionally, the parties have agreed to and are actively seeking private mediation contingent upon receiving a final estimate for the costs for such mediation, and desire to use resources towards mediation and a potential resolution.  A mediator has not yet been found, but the parties will keep this Court apprised.  Based on the foregoing, the parties submit that good cause exists to extend the time for Defendant to respond to Plaintiff's Complaint, and that Defendant may have an additional thirty (30) days up

///

///

///

///

1

through the end of March 4, 2026 in which to respond to Plaintiff's Complaint [ECF No. 1].

DATED this 2nd day of February, 2026.

By: : _____
   Robert P. Spretnak, Esq.
   8275 S. Eastern Ave., Ste. 200
   Las Vegas, Nevada 89123
   Attorney for Plaintiff

By: _____
   Brian Morris, Esq.
   4225 S. Eastern Ave., Ste. 6-242
   Las Vegas, Nevada 89119
   Attorney for Defendant

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE
Dated: February 4, 2026

2