LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com

Attorney for Karz Larochaix, Plaintiff and Counter-Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARZ LAROCHAIX,<br><br>    Plaintiff,<br><br>  vs.<br><br>MESQUITE MINI STORAGE, LLC,<br>a Nevada limited liability company,<br><br>    Defendant. | Case No.: 2:25-cv-02417-JAD-MDC |
| MESQUITE MINI STORAGE, LLC,<br>a Nevada limited liability company,<br><br>    Counterclaimant,<br><br>  vs.<br><br>KARZ LAROCHAIX,<br><br>    Counter-Defendant. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF AND COUNTER-DEFENDANT KARZ LAROCHAIX TO FILE REPLY IN RESPONSE TO COUNTERCLAIMS**<br><br>**(First Request)** |
| MESQUITE MINI STORAGE, LLC,<br>a Nevada limited liability company,<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>BAKKEN SALES MGMT LLC,<br><br>    Third-Party Defendant. | |

Plaintiff and Counter-Defendant KARZ LAROCHAIX, by and through her attorney Robert P. Spretnak, Esq., and Defendant and Counterclaimant MESQUITE MINI STORAGE, LLC, a Nevada limited liability company, do hereby stipulate and agree to extend the time for Ms. Larochaix

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 3

to file her Reply in response to the counterclaims pled in this matter by Mesquite Mini Storage, LLC, by two weeks, to **April 8, 2026**.[1]  Ms. Larochaix's Reply in response to the counterclaims filed and served in this matter by Mesquite Mini Storage, LLC, on March 4, 2026, currently is due on **March 25, 2026.**  This is the first request to extend this deadline.

There is good cause for this brief extension.

Counsel for Ms. Larochaix was out of the country on scheduled vacation when the counterclaims were filed.  This delayed the preparation of the response, which has been further delayed by email problems that have affected the transmission of documents for Ms. Larochaix to review.  Furthermore, counsel in recent weeks has had to give significant attention to a complex matter in the Clark County District that is nearly the conclusion of an active discovery period.  Finally, this extension will allow time for the parties to engage in settlement discussions.  This extension is not expected to delay this matter moving forward as the Third-Party Defendant, Bakken Sales Mgmt LLC, has not yet appeared in this matter.

////

////

////

////

////

////

---

[1]  This stipulation is between only Ms. Larochaix, Plaintiff and Counter-Defendant, and Mesquite Mini Storage, LLC, Defendant and Counterclaimant. Third-Party Defendant Bakken Sales Mgmt LLC has not yet appeared in this matter and, therefore, is not a party to this stipulation.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

For this reason, a brief two-week extension to April 8, 2026, is being requested for Ms. Larochaix to file her Reply in response to the counterclaims that were pled in this matter.

DATED: 25 March 2026.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.
    Bar No. 5135

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
tel. 702-454-4900

Attorney for Karz Larochaix,
Plaintiff and Counter-Defendant

DATED: 25 March 2026.

BRIAN R. MORRIS, ESQ.

/s/ Brian R. Morris
Bar No. 5431

4225 S. Eastern Avenue, Suite 6-242
Las Vegas, Nevada 89119
tel. 702-577-1377

Attorney for Mesquite Mini Storage, LLC,
Defendant, Counterclaimant, and
Third-Party Plaintiff

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATE MAGISTRATE JUDGE

DATED: March 26, 2026

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123